**Order entered August 31, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00717-CV

**STEVE HUFFMAN AND PRESTON THOMPSON, Appellants**

**V.**

**LONESTAR TRANSFER, LLC, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-0074**

### ORDER

Before the Court is appellants' August 27, 2020 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 22, 2020.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE